MAUDE E. WALRATH, as Administratrix, etc., of ROSS M. WALRATH, Deceased, Respondent, v. ELLA KINGSBURY HEYNIGER, Appellant.— Order affirmed, with

* Affd., 255 N. Y. ——.

costs. (See *Martin* v. *Herzog*, 228 N. Y. 164, and *Giminski* v. *Irving*, 210 App. Div. 343.) All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.